IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-cr-00046-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALAN BRAGG | ) |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on March 6, 2017 and the Consent to Forfeiture on June 6, 2017, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit, (a) a Glock .45 caliber, Model 39 Pistol, serial number HNB767; (b) a Smith & Wesson .380 caliber, Bodyguard pistol, serial number EBR5528; and (c) any and all accompanying ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement and Consent to Forfeiture, the United States is now entitled to possession of said personal property, pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement and the Consent to Forfeiture as to the defendant ALAN BRAGG, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in

1

accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This **20** day of June, 2017.

JAMES C. DEVER, III
Chief United States District Judge